# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BENNETT, | NO. 3:18-CV-00517 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| PRIMECARE MEDICAL INC., *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 20th day of November, 2018, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 30), **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 30) is **ADOPTED**.

(2) Defendant PrimeCare Medical Inc.'s Motion to Dismiss (Doc. 18) is **DENIED**.

(3) Defendant Aramark Correctional Services, Inc.'s Motion to Dismiss (Doc. 19) is **DENIED**.

(4) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge