# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL BENNETT,

    Plaintiff,

v.

PRIMECARE MEDICAL, INC., *et al.*,

    Defendants.

NO. 3:18-CV-0517

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 24th day of October, 2019, upon consideration of the Report and Recommendation (Doc. 59) of Magistrate Judge Martin C. Carlson for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 59) is **ADOPTED**.

(2) The Motion for Summary Judgment (Doc. 43) filed by PrimeCare Medical, Inc. is **GRANTED**.

(3) The Motion for Summary Judgment (Doc. 46) filed by Aramark Correctional Services, LLC is **GRANTED**.

(4) Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge