# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL BENNETT,

    Plaintiff,

        v.

PRIMECARE MEDICAL INC., et al.,

    Defendants.

NO. 3:18-cv-517

(JUDGE CAPUTO)

## ORDER

**NOW**, this 5th day of February, 2020, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 63) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 63) is **ADOPTED**.

(2) Defendants' Summary Judgment Motions (Docs. 43 and 46) are **GRANTED**.[1]

(3) Judgment is **ENTERED** in favor of Defendants and **AGAINST** Plaintiff on all claims.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                      /s/ A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge

---

[1] As explained by Magistrate Judge Carlson, the action could also be dismissed for failure to prosecute in accordance with *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).